## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

In Re: James P. Loring, Esq.                          Docket No.: 2:24-mc-00285-LEW

## ORDER

On June 21, 2024, the Honorable Ann M. Murray of the Maine Superior Court, sitting as a Single Justice of the Maine Supreme Judicial Court by designation, issued an Order Accepting Surrender of the license to practice law of James P. Loring, Esq., pursuant to M. Bar R. 25(d). Now therefore, it is hereby ORDERED, pursuant to Local Rule 83.3(d)(1), that James P. Loring, Esq., is DISBARRED from this Court effective immediately.

**SO ORDERED.**

Dated: July 17, 2024

/s/ Lance E. Walker
**CHIEF U.S. DISTRICT JUDGE**