RECEIVED

JUL 11 2024

BOARD OF OVERSEERS OF THE BAR

| | |
|---|---|
| STATE OF MAINE<br>CUMBERLAND, ss | SUPREME JUDICIAL COURT<br>DOCKET NO.: BAR 24-11 |

BOARD OF OVERSEERS OF THE BAR, )
    Plaintiff )
     )
    v. )    ORDER ACCEPTING
     )    SURRENDER;
JAMES P. LORING, ESQ., )    M. BAR R. 25(d)
    of Portsmouth, NH )
    Me. Bar #003392, )
    Defendant )

1. This matter is before the Court on a Formal Disciplinary Charges Petition filed by the Board of Overseers of the Bar (the "Board").

2. Pursuant to M. Bar R. 25(d) Defendant has submitted to the Board of Overseers a Letter of Surrender of License ("Surrender"). Pursuant to M. Bar R. 25(d), Defendant has stated that the Surrender is freely and voluntarily rendered, he is not subject to coercion or duress, and he is fully aware of the implications of surrender. Also pursuant to M. Bar R. 25(d), Defendant has stated that he is aware there is presently pending an investigation into allegations of misconduct, the nature of which Defendant has set forth in his accompanying affidavit ("Affidavit"), which is attached hereto, and which is impounded pursuant to M. Bar R.25(d)(3). Finally, Defendant acknowledges, pursuant to M. Bar R. 25(d), that specified material portions of the underlying allegations could be proven, if those said facts were found to be credible by the Court.

3. Defendant agrees that pursuant to M. Bar R. 25(d)(4), he may be reinstated only upon petition filed in the Court after at least 5 years from the effective date of surrender. Defendant further acknowledges that he may not file such a petition unless he has remitted

all outstanding amounts resulting from any claims paid out by the Lawyers' Fund for Client Protection.

4. The Defendant's Surrender of his license is hereby accepted by the Court, pursuant to the terms set forth in this Order, and the Board's Formal Disciplinary Charges Petition, dated July 17, 2023, is hereby rendered moot and dismissed. The Defendant's Surrender will be effective as of the date of this Order, and he will be prohibited from practicing law thereafter.

5. This Order does not prohibit Bar Counsel from requesting that the investigation underlying its Formal Disciplinary Charges Petition, or any other pending investigations, be considered in any reinstatement proceeding and allows the Grievance Commission and Court to consider all prior disciplinary history, including the Formal Disciplinary Charges Petition and any pending investigations discussed in this Order.

6. The Clerk shall enter this Order on the docket.

Dated: 6/21/24

_____
Single Justice, sitting by designation